# Third District Court of Appeal
## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1678
Lower Tribunal No. F93-15569A

————————

**Terrio Knight,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

O'Brien Hatfield Reese, P.A., and Rachael E. Reese (Tampa), for appellant.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.